No. 11–5171.   HAPP v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 11–5184.   SANCHEZ v. LEDEZMA, WARDEN (Reported below: 422 Fed. Appx. 735); and TORRES v. LEDEZMA, WARDEN (428 Fed. Appx. 789).   C. A. 10th Cir.   Certiorari denied.

No. 11–5211.   RHOADES v. HENRY, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 11–5212.   RHOADES v. HENRY, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 11–5242.   RUIZ v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 11–5246.   GAYLE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–5545.   GRAY v. KELLY, WARDEN.   Sup. Ct. Va.   Certiorari denied.

No. 11–5561.   SEATON v. CAPERTON.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 11–5568.   LEHR v. ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 11–5575.   VALENCIA v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.   C. A. 9th Cir.   Certiorari denied.

No. 11–5576.   TRICOME v. MCLAUGHLIN ET AL.   Sup. Ct. Pa.   Certiorari denied.

No. 11–5591.   COLLURA v. CITY OF PHILADELPHIA, PENNSYLVANIA.   C. A. 3d Cir.   Certiorari denied.

No. 11–5592.   MCGRANN v. FEDERAL INSURANCE CO.   C. A. 9th Cir.   Certiorari denied.

No. 11–5593.   STANFIELD v. GONZALES, WARDEN.   C. A. 9th Cir.   Certiorari denied.